**Jeremy KENNEDY and Margaret Kennedy, Appellants**

v.

**Barton SKALLA and Natalie Skalla, Appellees.**

**No. 05–12–01592–CV.**

Court of Appeals of Texas, Dallas.

Feb. 28, 2013.

Lenda Burnett, Edgewood, TX, for Appellants.

Israel L. Suster, The Suster Law Group, PLLC, Plano, TX, for Appellees.

Before Chief Justice WRIGHT and Justices LANG–MIERS and LEWIS.

**OPINION**

Opinion by Chief Justice WRIGHT.

By letter dated November 27, 2012, the Court informed appellants the $175 required filing fee had not been paid. We instructed appellants to pay the filing fee within ten days of the date of the notice and cautioned them that failure to do so would result in dismissal of the appeal

without further notice. *See* TEX.R.APP. P. 42.3(c).

As of today's date, appellants have not paid the required filing fee. Accordingly, we dismiss the appeal. *See* TEX.R.APP. P. 42.3(c).